UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>AURELIO DE LOS SANTOS-MENDOZA,   )<br>   )<br>   Defendant.   )<br>_____)  | Case No. 07mj2693 |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  November 26, 2007                                                     */s/ John C. Ellis, Jr.*
                                                                                  JOHN C. ELLIS, JR.
                                                                                  Federal Defenders
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA 92101-5030
                                                                                  (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  john_ellis@fd.org