| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | RANDY K. JONES |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 141711 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-5684; (619) 557-7381 |
| | randy.jones2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         )    Criminal Case No. 07CR3371-JLS
                                       )
11                    Plaintiff,       )
                                       )    NOTICE OF APPEARANCE
12        v.                           )
                                       )
13  AURELIO DE LOS SANTOS-MENDOZA,    )
                                       )
14                    Defendant.       )
                                       )

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24        <u>Name</u> (If none, enter "None" below)

25            None

26   //

27   //

28   //

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u>    (If none, enter "None" below)
6     None.

7

8  Please call me if you have any questions about this notice.
9  DATED: December 31, 2007
                Respectfully submitted,
10
                KAREN P. HEWITT
11                 United States Attorney

12                 s/Randy K. Jones

13                 RANDY K. JONES
                Assistant United States Attorney
14                 Attorneys for Plaintiff
                United States of America
15                 Email: randy.jones2@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27
  Notice of Appearance
28   United States v. De Los Santos-Mendoza    2                07CR3371-JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3371-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| AURELIO DE LOS SANTOS-MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John C. Ellis, Jr.     Email: john_ellis@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2007          s/ Randy K. Jones
                                       RANDY K. JONES

Notice of Appearance
United States v. De Los Santos-Mendoza          3          07CR3371-JLS