cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.07cr3371 JLS (AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER ALLOWING RELEASE OF |
| | ) | SUBPOENAED MEDICAL RECORDS |
| AURELIO DE LOS SANTOS-MENDOZA, | ) | SUBMITTED UNDER SEAL |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court has previously issued a subpoena to the MCC for medical records with regard to defendant. The subpoena was granted following an ex parte application by defense counsel which was sealed given the confidentiality of the information.

Defense counsel now wishes to share the information with the prosecution as part of the plea negotiations in the case.

Based thereon, the Court grants defense counsel's request for a copy of the records and for permission to share those with the prosecution in this regard. The records will remain confidential and are not to be used or disseminated for any purpose outside of the subject litigation.

IT IS SO ORDERED.

DATED: March 27, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

07cr3371

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cr3371