UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3371-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| AURELIO DE LOS SANTOS-MENDOZA, | ) | OF INDICTMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 07CR3371 be dismissed, without prejudice, against Defendant AURELIO DE LOS SANTOS-MENDOZA.

IT IS FURTHER ORDERED that the motion hearing scheduled for April 25, 2008, is vacated as to this Defendant.

DATED:  April 24, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge

Presented by:

KAREN P. HEWITT
United States Attorney

s/Randy K. Jones
RANDY K. JONES
Assistant U.S. Attorney